**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **KATHY and CECIL HILL** | |
| **Plaintiffs,** | |
| v. | Case No. 1-14-CV-01566 (RDB) |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kathy and Cecil Hill ("Plaintiffs"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice. Plaintiffs and Experian agree that all disputes between them have been resolved, and that Plaintiffs' claims against Experian shall be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| Date: | March 12, 2015 | s/ Sylvia A. Goldsmith |

Sylvia A. Goldsmith (64871)
**GOLDSMITH & ASSOCIATES, LLC.**
Park West Building
20545 Center Ridge Road, Suite 120
Rocky River, OH 44116
Telephone:    440-934-3025
Facsimile:    440-934-3026
E-mail: goldsmith@goldsmithlawyers.com

*Attorney for Plaintiffs Kathy and Cecil Hill*

| | | |
|---|---|---|
| Date: | March 12, 2015 | s/ Sandy David Baron |

Sandy David Baron (01531)
**SHULMAN, ROGERS, GANDAL, PORDY & ECKER P.A.**
12505 Park Potomac Ave., 6th Floor
Potomac, Maryland  20854
Telephone:    301-255-0547
Facsimile:    301- 230-2891
E-mail:  sbaron@shulmanrogers.com

| | | |
|---|---|---|
| Date: | March 12, 2015 | s/ Chris J. Lopata |

Chris J. Lopata (801764)
**JONES DAY**
222 East 41st Street
New York, NY 10017-6702
Telephone:    212-326-3939
Facsimile:    212-755-7306
E-mail: cjlopata@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Sylvia A. Goldsmith (64871)

**GOLDSMITH & ASSOCIATES, LLC.**